OPINION — AG — IN CONSIDERATION OF THE STATUTES AND RULES QUOTED ABOVE, THE ATTORNEY GENERAL ANSWERS YOU QUESTIONS AS FOLLOWS: A STATE APPOINTING AUTHORITY MAY RE ASSIGN (TRANSFER) CLASSIFIED EMPLOYEES TO POSITIONS OF THE SAME CLASS IN ANOTHER ORGANIZATIONAL SUB DIVISION TO SUCH AGENCY, ALTHOUGH THE LATTER POSITION BE IN ANOTHER COUNTY OR LOCALITY, AND SUCH TRANSFERS SHALL NOT BE CAUSE FOR APPEAL BY THE EMPLOYEE AFFECTED. CITE: 74 O.S. 1965 Supp., 833 [74-833] (CHARLES OWENS)